**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 32516 |
| Suzette Bumpas, ) | HON.  TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

To: Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

Erin A West, Godfrey & Kahn, S.C., One East Main Street, Suite 500, PO Box 2719, Madison, WI 53701-2719, (608) 257-3911, (608) 257-0609 (fax), representing Ascendium Education Solutions, Inc.;

See attached service list

PLEASE TAKE NOTICE that on January 5, 2023, at 9:30 a.m., I will appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, either in courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to approve, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## **PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 20 S. Clark Street, Chicago, IL 60603, on December 14, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ *Megan Swenson*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625
mswenson@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-32516<br>Northern District of Illinois<br>Eastern Division<br>Wed Dec 14 07:43:00 CST 2022 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AFNI, INC<br>PO Box 3517<br>Bloomington, IL 61702-3517 | AMERICAN CREDIT ACCEPT<br>961 E MAIN ST<br>SPARTANBURG, SC 29302-2185 | ASCENDIUM ED SOLUTIONS<br>2401 INTERNATIONAL LN<br>MADISON, WI 53704-3121 |
| (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>38 Buttonwood Court<br>MADISON, WI 53718-2156 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | ONLINE COLLECTIONS<br>PO BOX 1489<br>WINTERVILLE, NC 28590-1489 |
| (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Megan Swenson<br>The Semrad Law Firm, LLC<br>20 S. Clark 28th Floor<br>Chicago, IL 60603-1811 | Milena Crevar<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>Suite 2800<br>Chicago, IL 60603-1811 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Suzette Bumpas<br>5035 S East End Ave Apt N3404<br>Chicago, IL 60615-0132 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison WI 53708-8961 | CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ascendium Education Solutions, Inc.

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 32516 |
| Suzette Bumpas, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO APPROVE INSURANCE PROCEEDS

Suzette Bumpas, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order authorizing the release of insurance proceeds to the Debtor and in support thereof the Debtor states the following:

1. On November 15, 2019, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On January 9, 2020, this Honorable Court entered and Order confirming Debtor's Chapter 13 Plan of reorganization.

3. Debtor has filed this case in good faith and is in a position to proceed.

4. Debtor's 2012 Mercedes C300 was involved in an accident on December 16, 2021 and was deemed total loss. Please see attached Exhibit A.

5. Debtor's insurance company, Loya Insurance Company, approved a settlement for $8,617.22.

6. Debtor's vehicle is financed by Portfolio Recovery Associates, LLC.

7. Debtor respectfully request this Honorable Court enter an Order approving Loya Insurance Company to disburse settlement funds in the amount of $8,617.22 necessary to pay the lien held by Portfolio Recovery Associates, LLC as certified by the lender.

Suzette Bumpas, Debtor, respectfully requests this Honorable Court to enter an Order approving the insurance proceeds settlement in the net amount of $8,617.22, and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

*/s/ Megan Swenson*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625