Exhibit A

# LOYA INSURANCE COMPANY

Auto Specialist Since 1974
CLAIMS DIVISION

June 28, 2022

Charles Rogers
1617 E 50th PL 11E
Chicago, IL 60615

        Claim #:    70-0000191482
        DOL:       12-16/2021
        Insured:   Charles Rogers
        Vehicle:   2012 Mercedes Benz C 300
        VIN:       WDDGF8BB7CA618379

Dear Charles Rogers,

   This letter will serve as a cause of loss letter for the above referenced claim. This loss was a Collision Loss in which the above vehicle was deemed a total loss as a result of a mili-vehicle accident. We have issue payment for $ 8,617.22 sent to PRA RECIVABLES MANGEMENT, LLC. Please contact Lien Holder for further questions.

Total Loss Department

| Home Office | | San Antonio Region | | Rio Grande Valley |
|---|---|---|---|---|
| ☐ | p.o. box 972450<br>El Paso, Tx 79937<br>Tel: (915) 590-5692<br>1-800-880-0472 | ☒ | 8603 ingram rd.<br>San Antonio, TX 78245<br>TEL: (210) 257-4500<br>1-888-229-4343 | ☐ 11900 n 26th ste 100<br>McAllen, TX 78539<br>Tel: (956) 393-2700<br>1-888-229-3433 |